UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. MYERS, an individual<br><br>        Plaintiff,<br><br>  vs.<br><br>SERCO, Inc., And DOES 1-30 inclusive,<br><br>        Defendants. | Case No. CV 09-8334-AHM (Ex)<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>Complaint Filed:   September 25, 2009 |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the entire action is dismissed with prejudice forthwith.

**IT IS SO ORDERED.**

Dated: May 05, 2010   _____

**JS-6**

The Honorable A. Howard Matz
United States District Judge

ORDER OF DISMISSAL